# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PAUL R. ABRAMS

NO. 2020 KW 0323

**JULY 06, 2020**

---

In Re:    Paul R. Abrams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 693612.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that on December 26, 2019, the district court denied relator's motion for production of **Boykin** examination and sentencing transcript, filed on December 11, 2019.

                        **JMM**
                        **MRT**
                        **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT